**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**

**MICHAEL LANDSBAUGH**                                                            **PLAINTIFF**

**V.**                                        **CASE NO. 3:21-CV-03089**

**PAYTON HORN, et al.**                                                          **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 8) filed in this case on February 1, 2022, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.  Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Report and Recommendation, the Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b).

**IT IS SO ORDERED** on this 22nd day of February, 2022.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE